| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

SHANNON HELTON,                     §
                                    §
            Plaintiff,              §
                                    §
*versus*                            §   CIVIL ACTION NO. 1:21-CV-541
                                    §
CORR HEALTH CARE,                   §
                                    §
            Defendant.              §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Shannon Helton, a former pre-trial detainee at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendant Corr Health Care.

The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the complaint for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (Doc. # 5).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1] A copy of the Report and Recommendation was returned as "undeliverable" with the notation that Plaintiff was released or no longer at the facility (Doc. # 7).

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED.** A Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 14th day of February, 2022.

*Marcia A. Crone*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE